COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY      6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940-0
   E-Mail: mnakano@cwlfirm.com
EMILY A. GASKIN          10881-0
   E-Mail: egaskin@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendant
KEWALO MARINE SERVICES LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLIFFORD YOUNG and CHERYL YOUNG,<br><br>                Plaintiffs,<br><br>  vs.<br><br>KEWALO MARINE SERVICES LLC dba HONOLULU SCUBA COMPANY, <u>In Personam</u>; and *M/V MOE MAC*, <u>In Rem</u>, USCG Doc. No. 596208, HIN ENN001420877, Call Sign WDC7446,<br><br>                Defendants. | CIVIL NO. 17-00204 SOM-KSC<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**<br><br>Trial:   January 23, 2019<br>Judge:  Susan O. Mollway |

**STIPULATION FOR DISMISSAL OF ALL
<u>CLAIMS AND ALL PARTIES WITH PREJUDICE</u>**

      Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint

against Defendant KEWALO MARINE SERVICES LLC (dba HONOLULU SCUBA COMPANY) is hereby dismissed with prejudice.  Each party to bear its own attorneys fees and costs.

All parties have executed this Stipulation.  There are no remaining parties or issues.

Trial of this matter is scheduled for January 23, 2019.

DATED:  Honolulu, Hawaii, October 29, 2018.

/s/ Janice D. Heidt
RICHARD TURBIN
RAI SAINT CHU
JANICE D. HEIDT
RICHARD A. LESSER
Attorneys for Plaintiffs
CLIFFORD YOUNG and
CHERYL YOUNG

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
EMILY A. GASKIN
Attorneys for Defendant
KEWALO MARINE SERVICES LLC

APPROVED AS TO FORM:



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

**CLIFFORD YOUNG, ET AL. v. KEWALO MARINE SERVICES LLC, ET AL.**, Civil No. 17-00204 SOM-KSC; **STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**